Entered on Docket
March 10, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed March 10, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Rodrick Wallace Mclane

Lauralyn Anastasia Mclane

debtor(s)

Chapter 13 Case No. 10-71947-RLE13

Hearing: 03/08/2011
Time: 1:30 p.m.
Courtroom: 201

**ORDER IMPOSING SANCTIONS FOR FAILURE TO FILE A PRE HEARING CONFERENCE STATEMENT**

A hearing was held regarding Confirmation of the Chapter 13 Plan, the Honorable Roger L. Efremsky presiding. Appearances were made on the record.

Good cause appearing, IT IS ORDERED:

Debtor's attorney Scott Sagaria is sanctioned $100 for failure to file a pre hearing conference statement 7 days prior to the Confirmation Hearing date. Mr. Sagaria shall deliver these funds made payable to the Clerk of the Court to the Oakland Bankruptcy Court Clerk's Office no later than 30 days from the date of this Order.

END OF ORDER

# COURT SERVICE LIST

ALL RECIPIENTS